UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>VAHE TAMHASIAN,<br><br>　　　　Defendant-Petitioner. | No.　CR 13-313 PA<br>　　　CV 17-3662 PA<br><br>JUDGMENT |

Pursuant to the Court's May 24, 2018 Order denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant-Petitioner Vahe Tahmasian,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED: May 24, 2018

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE